# Order

Michigan Supreme Court
Lansing, Michigan

July 30, 2007

Clifford W. Taylor,
Chief Justice

133722

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ADAM SHAKOOR, as Special
Personal Representative of the Estate
of Linn Alan Kain, Deceased,
          Plaintiff-Appellant,

v

                                 SC: 133722
                                 COA: 264499
                                 Wayne CC: 03-304342-NH

OAKWOOD HOSPITAL ANNAPOLIS
CENTER-WAYNE, OAKWOOD
HOSPITAL, JAMES LOVE, M.D.,
DR. OBEIDY, KEVIN BROADY, M.D.,
and DONALD SHIPPER, M.D.,
          Defendants,

and

NAJAM SYED, M.D., MORTEZA
HARIRI, M.D., and CHARLES WASSON,
M.D.,
          Defendants-Appellees.

_____/

        On order of the Court, the application for leave to appeal the January 25, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

Corbin R. Davis
Clerk